UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date **2/11/16** Judge **Autrey** Case No. **4:14CV1253-HEA**

**Stuhlman et. al.** v. **University City, Missouri City et al**

Court Reporter **G. Madden** Deputy Clerk clk
Attorneys for Plaintiff(s) **Molly Elkin**
Attorneys for Defendant(s) **Rex Fennessey**

Parties present for **Settlement Hearing; Testimony Heard;**

**Settlement Agreement Ordered unsealed; HEA**

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that **based on the evidenced adduced through the testimony of the Pltf's, the Court will approve of the settlement and the terms and conditions set forth in the settlement agreement. The Court will retain jurisdiction for 14 days to allow for complete compliance with the agreement. Record w/also reflect any pending mtns. are DENIED as Moot.**

Pltf. Witness **Luke Andert**    Pltf. Witness **Jeffery Barlage**
Pltf. Witness **Nicholas Werner**    Deft. Witness _____
Pltf. Witness: **Nicholas Robben**
Pltf. Witness: **Jennifer Stuhlman**

Deft. Exhibits: _____
Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced **10:35 am**
Proceedings concluded **10:59 AM**