IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JENNIFER STUHLMAN, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:14-cv-1253 HEA |
| | ) |
| CITY OF UNIVERSITY CITY, MISSOURI, et. al. | ) |
| | ) |
| Defendants. | ) |

**FINAL ORDER AND JUDGMENT**

Having considered the Settlement Agreement between the parties, and the entire record in the above-captioned action, and, upon joint application of the parties, through their respective attorneys, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1) The Court hereby approves the terms of the Settlement Agreement as fair, reasonable, appropriate, and in accordance with law, and hereby incorporates by reference herein such Settlement Agreement;

(2) Consistent with such Settlement Agreement and this Order, this action is hereby dismissed with prejudice; provided, however, that the Court will retain jurisdiction for the purpose of enforcing compliance with the terms of the Settlement Agreement and this Final Order and Judgment under federal law. *Any and all pending motions are denied as moot.*

Dated: 2-11-16 ,2016

_____
UNITED STATES DISTRICT JUDGE